FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA        2016 AUG 22  A 11: 19

Alexandria Division                 CLERK US DISTRICT COURT
                                    ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No: 1:16-MJ-385 |
| ) | |
| v. ) | |
| ) | |
| ISAAC LANIER AVANT, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

**INTRODUCTORY ALLEGATIONS**

At all times relevant to this Information:

1.  Defendant ISAAC LANIER AVANT ("AVANT") was a resident of Arlington, Virginia.

2.  AVANT was a staff member employed by the U.S. House of Representatives since in or about 2002.

3.  For tax years 2009 through 2013, AVANT earned wages of approximately $170,000 per year.

4.  The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for enforcing and administering the tax laws of the United States and collecting taxes owed to the United States.

14241608.1

## STATUTORY ALLEGATIONS

5. The allegations in paragraphs 1 to 4 are realleged in each Count of this Information as if fully set forth therein.

### COUNT ONE
### (Class A Misdemeanor)
(Failure to File Individual Tax Return)

6. During the calendar year 2009, AVANT, who was a resident of Arlington, Virginia, had and received gross income of at least $18,700. By reason of such gross income, he was required by law, following the close of the calendar year 2009 and on or before October 15, 2010, to make an income tax return to any proper officer of the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing the foregoing, AVANT did willfully fail to timely make an income tax return.

(In violation of Title 26, United States Code, Section 7203.)

## COUNT TWO
### (Class A Misdemeanor)
(Failure to File Individual Tax Return)

6. During the calendar year 2010, AVANT, who was a resident of Arlington, Virginia, had and received gross income of at least $18,700. By reason of such gross income, he was required by law, following the close of the calendar year 2010 and on or before April 18, 2011, to make an income tax return to the Internal Revenue Service to any proper officer of the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing the foregoing, AVANT did willfully fail to timely make an income tax return.

(In violation of Title 26, United States Code, Section 7203.)

14241608.1

## COUNT THREE
### (Class A Misdemeanor)
(Failure to File Individual Tax Return)

7. During the calendar year 2011, AVANT, who was a resident of Arlington, Virginia, had and received gross income of at least $19,000. By reason of such gross income, he was required by law, following the close of the calendar year 2011 and on or before April 17, 2012, to make an income tax return to the Internal Revenue Service to any proper officer of the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing the foregoing, AVANT did willfully fail to timely make an income tax return.

(In violation of Title 26, United States Code, Section 7203.)

14241608.1

## COUNT FOUR
### (Class A Misdemeanor)
(Failure to File Individual Tax Return)

7.  During the calendar year 2012, AVANT, who was a resident of Arlington, Virginia, had and received gross income of at least $9,750. By reason of such gross income, he was required by law, following the close of the calendar year 2012 and on or before April 17, 2013, to make an income tax return to any proper officer of the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing the foregoing, AVANT did willfully fail to timely make an income tax return.

(In violation of Title 26, United States Code, Section 7203.)

14241608.1

## COUNT FIVE
### (Class A Misdemeanor)
(Failure to File Individual Tax Return)

7. During the calendar year 2013, AVANT, who was a resident of Arlington, Virginia, had and received gross income of at least $10,000. By reason of such gross income, he was required by law, following the close of the calendar year 2012 and on or before April 15, 2014, to make an income tax return to any proper officer of the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing the foregoing, AVANT did willfully fail to timely make an income tax return.

(In violation of Title 26, United States Code, Section 7203.)

Dana J. Boente
United States Attorney

_____
Jack Hanly
Assistant United States
2100 Jamieson Avenue
Alexandria, VA 22314
(703) XXX

Caroline D. Ciraolo
Acting Assistant Attorney General
Department of Justice, Tax Division

_____
Todd A. Ellinwood
Assistant Chief
Department of Justice, Tax Division
601 D Street, NW
Washington, D.C. 20004
(202)514-5145

14241608.1