# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

- City:
- County: Arlington
- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.: 1:16-MJ-385
- Search Warrant Case No.:

- Judge Assigned:
- Criminal No.:
- New Defendant: new
- Arraignment Date:
- R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** Isaac Lanier Avant
- **Alias(es):**
- ☐ Juvenile  FBI No.:
- **Address:** xxxx Street, Arlington, VA
- **Employment:** U.S. House of Representatives Staff
- **Birth Date:** x-xx-1978  **SSN:** xxx-xx-3686  **Sex:** Male  **Race:**  **Nationality:**
- **Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:**  **Auto Description:**

## Location/Status:

- **Arrest Date:**  ☐ Already in Federal Custody as of:  in:
- ☐ Already in State Custody  ☐ On Pretrial Release  ☒ Not in Custody
- ☐ Arrest Warrant Requested  ☐ Fugitive  ☒ Summons Requested
- ☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:

- Name:  ☐ Court Appointed  Counsel Conflicts: None known
- Address:  ☐ Retained
- Phone:  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Jack Hanly  **Phone:** 703-299-3773  **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

SA Brian Convery, IRS-CI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 26 U.S.C. 7203 | Failure to file income tax returns | 1-5 | M |
| Set 2: | | | | |

**Date:** 8-22-16  **AUSA Signature:** [signature]

*may be continued on reverse*