# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| ISAAC LANIER AVANT | ) Case No. 1:16-MJ 385 |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☑ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: Judge Buchanan, Room 500 |
|---|---|---|
| | | Date and Time: 9/13/16 ; 10 A.M. |

This offense is briefly described as follows:
Count One: Failure to File Individual Tax Return, in violation of 26 U.S.C. § 7203
Count Two: Failure to File Individual Tax Return, in violation of 26 U.S.C. § 7203
Count Three: Failure to File Individual Tax Return, in violation of 26 U.S.C. § 7203
Count Four: Failure to File Individual Tax Return, in violation of 26 U.S.C. § 7203

Date: August 22, 2016

COPY

*Issuing officer's signature*

PAULINA A. MILLER, DEPUTY CLERK
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*