THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Criminal No. 1:14-mj-385 |
| v. | ) | |
| | ) | |
| ISAAC LANIER AVANT, | ) | |
| Defendant. | ) | |
| | ) | |

PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Todd A. Ellinwood, Special Assistant United States Attorney for the Eastern District of Virginia, as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General
Department of Justice, Tax Division


By: _____/s/_____
Todd A. Ellinwood
Assistant Chief
Department of Justice, Tax Division
601 D Street, NW
Washington, DC 20004
Telephone: 202-514-5145

14315441.1

# CERTIFICATE OF SERVICE

      I hereby certify that on August 22, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the attorneys of record.

      By: _____/s/_____
Todd A. Ellinwood
Assistant Chief
Department of Justice, Tax Division
601 D Street, NW
Washington, DC 20004
Telephone: 202-514-5145

14315441.1