IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



UNITED STATES OF AMERICA

v.   No. 1:16-MJ-385

ISSAC LANIER AVANT,

Defendant.

### RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663(a)(3), the defendant is ordered to pay restitution in the amount of **$149,962.**

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The victim in this case is the Internal Revenue Service. The Clerk of Court shall forward all restitution payments to: IRS – RACS; Attn: Mail Stop 6261, Restitution; 333 W. Pershing Ave.; Kansas City, MO 64108. The respective total loss amounts per tax year are listed in the Attachment to this Restitution Order.

4. Interest:

    __X__ is waived.

    _____ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order, or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $2,200 per month or 25 percent of net income, whichever is greater, beginning 60

days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

9. Within 30 days of (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

ENTERED this 17th day of January, 2017.

At Alexandria, Virginia

WE ASK FOR THIS:

Dana J. Boente
United States Attorney

_____
Jack Hanly
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: 703-299-3700
E-Mail: jack.hanly@usdoj.gov

SEEN AND AGREED:

_____
Issac Lanier Avant, Defendant

_____
Barry J. Pollack, Counsel for Defendant
655 Fifteenth Street, NW, Suite 900
Washington, D.C. 20005-5701
Telephone: 202-626-5830
E-Mail: bplooack@milchev.com

**Attachment**

| Tax Year | Amount of Restitution |
|---|---|
| 2009 | $34,910 |
| 2010 | $38,324 |
| 2011 | $38,178 |
| 2012 | $37,965 |
| 2013 | $585 |